JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL. EDWIN GVALEVECH et al., <br><br> Plaintiffs, <br><br> v. <br><br> KROGER SPECIALTY PHARMACY, INC. et al., <br><br> Defendants. | Case No. 2:17-cv-02141-SB-E <br><br> FINAL JUDGMENT |

    For the reasons stated in (1) the November 29, 2021 voluntary dismissal without prejudice of Defendants Douglas Davies, MD, Louis Flores, MD, and The Doctor's Health Center, Inc., to which the United States and the State of California consented on November 30, 2021; (2) the Court's March 24, 2023 order granting summary judgment for Defendants Kroger Specialty Pharmacy, Inc. and Kroger Specialty Pharmacy CA2, LLC; and (3) the April 20, 2023 voluntarily dismissal with prejudice of Defendants Emmanuel Lim, MD and ERL Medical Corporation, to which the United States and the State of California consented on the same day, it is ORDERED AND ADJUDGED that Plaintiffs' claims against Defendants Douglas Davies, MD, Louis Flores, MD, The Doctor's Health Center, Inc., Emmanuel Lim, MD, and ERL Medical Corporation are DISMISSED without prejudice.  It is further ORDERED AND ADJUDGED that Plaintiffs' claims against Defendants Kroger Specialty Pharmacy, Inc. and Kroger Specialty Pharmacy CA2, LLC are DISMISSED on the merits with prejudice.

    This is a final judgment.

Date: April 20, 2023

                                                      Stanley Blumenfeld, Jr.
                                                      United States District Judge