UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 30 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EDWIN GVALEVECH, | No. 23-55471 |
| Plaintiff-Appellant, | D.C. No. 2:17-cv-02141-SB-E |
| and | Central District of California, Los Angeles |
| UNITED STATES OF AMERICA, ex. rel.; STATE OF CALIFORNIA, ex. rel., | ORDER |
| Plaintiffs, | |
| v. | |
| KROGER SPECIALTY PHARMACY, INC.; et al., | |
| Defendants-Appellees. | |

The conference previously scheduled for August 31, 2023, is canceled.

Appellant's motion to dismiss this appeal (Docket Entry No. 6) is granted.

Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Roxane Ashe
Circuit Mediator